USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VIC LOTAN, derivatively on behalf of
Horizon Properties LLC, and derivatively on
behalf of 137 and 138 Realty LLC,
                Plaintiff,

-against-

HORIZON PROPERTIES LLC, 137 EAST
25th STREET ASSOCIATES LLC, NEW 137
AND 138 REALTY LLC, VIC LOTAN,
JAMES K. COLEMAN, and BEHZAD
NEHMADI, a/k/a BEN NEHMADI,
                Defendants.
-----------------------------------------------------------X

14 **CIVIL** 3134 (PAC)

**JUDGMENT**

Plaintiff having filed an Order to Show Cause, Defendants having opposed the Order and moved to dismiss, arguing: (1) the Court does not have subject matter jurisdiction over the action because diversity is destroyed when an LLC member sues derivatively on behalf of the LLC; (2) Plaintiff's claims are subject to arbitration; and (3) Plaintiff lacks standing to assert claims derivatively on behalf of Realty, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on May 27, 2014, having rendered its Summary Order, since there is no diversity, granting Defendants' motion to dismiss without prejudice, for want of jurisdiction, and directing the Clerk of Court to enter judgment and close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Summary Order dated May 27, 2014, since there is no diversity, Defendants' motion to dismiss is granted without prejudice, for want of jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York
May 27, 2014

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____